UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACGT CREATIVE INC., <br><br>                       Plaintiff,<br><br>                  -v.-<br><br>ZACHARY CHERRY,<br><br>                       Defendant. | 25 Civ. 587 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Plaintiff filed the Complaint in this action on January 21, 2025.  See ECF No. 1.  On February 27, 2025, Defendant moved to dismiss the Complaint.  See ECF No. 10.  On March 13, 2025, Plaintiff filed a first Amended Complaint.  See ECF No. 12.  On March 27, 2026, Defendant moved to dismiss the Amended Complaint.  See ECF No. 13.

      In light of the foregoing, Defendant's earlier-filed motion to dismiss the Complaint, ECF. No. 10, is hereby DENIED as moot.

      The Clerk of Court is directed to terminate ECF No. 10.

      SO ORDERED.

Dated: April 22, 2025
       New York, New York

                                                        *Jennifer H. Rearden*
                                                       JENNIFER H. REARDEN
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025