UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

ACGT CREATIVE INC.,

        Plaintiff,

  -v-

ZACHARY CHERRY,

        Defendant.

-------------------------------------------------------x

ZACHARY CHERRY,

        Counterclaim Plaintiff,

  -v-

ACGT CREATIVE INC., LAURA SCHECHTER,

        Counterclaim Defendants.

-------------------------------------------------------x

No. 25-CV-00587-LTS

### ORDER

Defendant and Counterclaim Plaintiff Zachary Cherry moved to transfer venue to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. section 1404. (Docket entry no. 20.) Mr. Cherry subsequently withdrew his motion. (Docket entry no. 25.) Docket entry no. 20 is therefore resolved.

    SO ORDERED.

Dated: New York, New York
       November 10, 2025

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge